### A95A0594. STRACHAN v. MERITOR MORTGAGE CORPORATION EAST.

(453 SE2d 119)

McMURRAY, Presiding Judge.

This direct appeal followed a de novo ruling by the State Court of Fulton County from a decision of the magistrate court on a dispossessory petition. Appeals from such decisions must be made via the discretionary application procedure of OCGA § 5-6-35 (b). OCGA § 5-6-35 (a) (11); *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225). Consequently, this direct appeal must be dismissed for failure to follow this procedure.

*Appeal dismissed. Andrews and Blackburn, JJ., concur.*

DECIDED JANUARY 13, 1995.

Joyce S. Strachan, *pro se*.
*Richard H. Johnston & Associates, Gregory M. Brown*, for appellee.